# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

---

**LAURA WAGNER-FETTERER,**

      **Plaintiff,**

  v.

**NANCY A. BERRYHILL,**
**Acting Commissioner for Social Security,**

      **Defendant.**

**Case No. 18-CV-890**

---

## ORDER

Laura Wagner-Fetterer filed the above-captioned appeal of the denial of her application for Social Security Income and Disability Insurance on June 12, 2018. (Docket # 1.) The court's briefing letter of October 4, 2018 required Wagner-Fetterer's opening brief to be filed by January 14, 2019. (Docket # 7.) At a telephone status conference on December 19, 2018, the court reviewed the briefing schedule with Wagner-Fetterer. (Docket # 13.) The January 14, 2019 deadline passed without Wagner-Fetterer filing a brief. On March 13, 2019, I ordered Wagner-Fetterer to show good cause for failing to file her opening brief. (Docket # 14.) I further warned Wagner-Fetterer that if she did not show cause within ten (10) days, this action would be dismissed with prejudice. (*Id.*) As of the date of this order, Wagner-Fetterer has failed to show cause as ordered or submit an opening brief.

Pursuant to Fed. R. Civ. P. 41(b) and Civ. L.R. 41(c) (E.D. Wis.), a court may dismiss an action where the plaintiff fails to diligently prosecute her case. Because Wagner-Fetterer failed to file her brief or show cause as ordered, her complaint is dismissed for failure to prosecute.

**NOW, THEREFORE, IT IS HEREBY ORDERED** that the plaintiff's complaint is dismissed for failure to prosecute. The clerk of court will enter judgment accordingly.

Dated at Milwaukee, Wisconsin this 2nd day of April, 2019.

BY THE COURT

s/*Nancy Joseph*
NANCY JOSEPH
United States Magistrate Judge